# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

LARRY J. UTLEY, II,

        Petitioner,

        v.

UNITED STATES OF AMERICA,

        Respondent.

CASE NO. 2:10-CV-1186
CRIM. NO. 2:08-CR-114(1)
JUDGE GRAHAM
MAGISTRATE JUDGE ABEL

## OPINION AND ORDER

On March 21, 2012, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation* and of the consequences of failing to do so, no objections have been filed. The docket indicates that Petitioner's notice of the Magistrate Judge's *Report and Recommendation* was returned as undeliverable without any forwarding address, *see* Doc. 196; however, it is the Petitioner's responsibility to keep the Court appraised of his current whereabouts.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

        IT IS SO ORDERED.

Date: April 17, 2012

JAMES L. GRAHAM
United States District Judge